**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**Anthony Trupia, Plaintiff,**

v.   **Case No.: 5:25-cv-03685-NW**

**X Corp., Elon Musk, and Linda Yaccarino,**

**Defendants.**

**NOTICE OF PAYMENT OF FILING FEE**

PLEASE TAKE NOTICE that Plaintiff Anthony Trupia, proceeding pro se, hereby confirms payment of the filing fee required to initiate the above-captioned case. The payment was made on or about June 17th, 2025, in the amount required by the U.S. District Court for the Northern District of California, via a digital payment platform, believed to be Pay.gov, processed through Plaintiff's bank account. Attached as Exhibit A is a true and correct copy of the banking website payment details, which serve as proof of payment. Plaintiff respectfully submits this notice to satisfy any requirement to confirm payment of the filing fee for Case No. 5:25-cv-03685-NW.

Dated: August 4, 2025

Respectfully submitted,

Anthony Trupia

605 SE 21st St,

Oklahoma City, OK 73129

516-984-0142

Trupiaar@gmail.com

Exhibit A

| Jun 17 | | United States Courts | | Purchase | -$405.00 | |

(202) 502-2600
Merchant website

**Transaction Type:** Debit card purchase
**Purchased:** Tue, Jun 17, 2025 7:31 PM
**Posted:** Tue, Jun 17, 2025

Appears on statement as: *Debit Card Purchase -* ==US DISTRICT COURT NDCA SAN FRANCISC CA==

⚑ Report a Problem