UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TRUPIA,<br><br>Plaintiff,<br><br>v.<br><br>X CORP., *et al.*,<br><br>Defendants. | Case No.: 5:25-cv-03685-NW<br><br>Hon. Noël Wise<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT X CORP.'S MOTION TO DISMISS OR TRANSFER** |

Having considered the parties' briefing on Defendant's Motion to Dismiss or Transfer ("Motion"), and having [heard oral argument] [decided the matter on the papers], it is hereby ORDERED that:

1. Defendant's request for judicial notice of the Statement of Information for X Corp. filed with the California Secretary of State and of X's publicly available Terms available on its website is GRANTED;

2. Defendant's Motion is GRANTED; and

3. Plaintiff's Complaint is DISMISSED WITHOUT LEAVE TO AMEND or this action is TRANSFERRED to the U.S. District Court for the Northern District of Texas.

IT IS SO ORDERED.

Dated: _____

The Hon. Noël Wise
United States District Judge