1  Kenneth M. Trujillo-Jamison (Bar No. 280212)
   ktrujillo-jamison@willenken.com
2  WILLENKEN LLP
   707 Wilshire Blvd., Suite 4100
3  Los Angeles, California 90017
   Telephone:  (213) 955-9240
4  Facsimile:   (213) 955-9250
5
6  Attorneys for Defendant X Corp.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ANTHONY TRUPIA, | Case No.: 5:25-cv-03685-NW |
| 12          Plaintiff, | Hon. Noël Wise |
| 13  v. | **DECLARATION OF KENNETH M. TRUJILLO-JAMISON IN SUPPORT OF DEFENDANT X CORP.'S MOTION TO DISMISS OR TRANSFER** |
| 14  X CORP., *et al.*, | |
| 15          Defendants. | |
| 16  | Date:        January 7, 2026 |
| 17  | Time:        9:00 A.M.<br>Ctrm:        3 |

18

19

20

21

22

23

24

25

26

27

28

I, Kenneth M. Trujillo-Jamison, declare as follows:

1.      I am a partner at the law firm Willenken LLP. I represent X Corp. in connection with above-captioned case.

2.      I make this declaration in support of Defendant X Corp.'s Motion to Dismiss or Transfer, filed concurrently.

3.      **Exhibit A** is a true and correct copy of X Corp.'s Statement of Information filed with the California Secretary of State on January 22, 2025, as accessed from the California Secretary of State's Business Search (*available at* https://bizfileonline.sos.ca.gov/search/business by searching for business entity number 5616182) (last accessed September 24, 2025).

Dated: September 24, 2025                 */s/ Kenneth M. Trujillo-Jamison*
                                          Kenneth M. Trujillo-Jamison