# EXHIBIT A





| | |
|---|---|
| **STATE OF CALIFORNIA**<br>*Office of the Secretary of State*<br>**STATEMENT OF INFORMATION CORPORATION**<br>California Secretary of State<br>1500 11th Street<br>Sacramento, California 95814<br>(916) 657-5448 | **For Office Use Only**<br>**-FILED-**<br>File No.: BA20250147905<br>Date Filed: 1/22/2025 |

**Entity Details**

| | |
|---|---|
| Corporation Name | X Corp. doing business in California as, X Corp., a Nevada Corporation |
| Entity No. | 5616182 |
| Formed In | NEVADA |

**Street Address of Principal Office of Corporation**

| | |
|---|---|
| Principal Address | 865 FM 1209<br>BUILDING 2<br>BASTROP, TX 78602 |

**Mailing Address of Corporation**

| | |
|---|---|
| Mailing Address | 865 FM 1209<br>BUILDING 2<br>BASTROP, TX 78602 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
|---|---|
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| + Elon Musk | 865 FM 1209<br>BUILDING 2<br>BASTROP, TX 78602 | Chief Executive Officer, Chief Financial Officer, Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| | |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

**Type of Business**

| | |
|---|---|
| Type of Business | Web information services |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Stacey Busch*                                                                 *01/22/2025*
Signature                                                                         Date

B3376-2956 01/22/2025 8:36 AM Received by California Secretary of State