**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

Anthony Trupia, Plaintiff,

v.                                                                  Case No.: 5:25-cv-03685-NW

X Corp., Elon Musk, and Linda Yaccarino,

Defendants.

**NOTICE OF FILING SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS**

Plaintiff Anthony Trupia, proceeding pro se, hereby files the attached Affidavit of Rodney Bruning (Exhibit A) as supplemental evidence in support of his Motion for Sanctions (Dkt. 25).

This affidavit was recently obtained and directly addresses the retaliation allegations in the motion, providing firsthand testimony to supplement the screenshots previously referenced. Opposing counsel has claimed the allegations are unfounded; this evidence responds to that concern. No new arguments are added—only factual support.

Plaintiff requests the Court accept this supplement under Civil L.R. 7-11 as administrative relief, or alternatively grant leave under Civil L.R. 7-3(d) if required. This will not prejudice Defendants or delay proceedings.

Dated: October 7, 2025

Respectfully submitted,

Anthony Trupia

/s Anthony Trupia

605 SE 21st St,

Oklahoma City, OK 73129

516-984-0142

Trupiaar@gmail.com

This Notice was emailed to opposing counsel and delivered via PACER on October 7th, 2025.

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**



Anthony Trupia, Plaintiff,

v.

X Corp., Elon Musk, and Linda Yaccarino,

Defendants.

Case No.: 5:25-cv-03685-NW

**AFFIDAVIT OF RODNEY BRUNING**

I, Rodney Allen Bruning of, 318 W Morgan St Apt 1, Boyne City, MI 49712: declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of 18 and competent to testify to the matters stated herein, which are based on my personal knowledge.

2. I maintain an active account on X.com (formerly Twitter) under the username @RodneyBruning.

3. On or about September 22, 2025, I viewed a pinned video on Plaintiff Anthony Trupia's X.com account and decided to send him a private message (direct message or DM) inquiring about his content, specifically asking about his homepage or website related to learning legal methods to address economic issues.

4. Immediately after sending the first message, my X.com account was locked. I received a notification requiring me to complete verification steps, such as CAPTCHA, or proving that I am human, to unlock it.

5. After unlocking my account, I resent the message, as the original had not been delivered. The lock appeared to be directly related to my attempt to message Mr. Trupia, as I had not left the messaging screen and no other activity triggered it.

6. The locking of my X account happened immediately upon clicking "send" and would not allow me to move forward with anything on the X platform until I performed all required activities.

7. I am providing this affidavit voluntarily to support Mr. Trupia's claims regarding account suppression and retaliation on X.com following his lawsuit. I have no financial interest in the outcome of this case.

8. If called as a witness, I could competently testify to the foregoing. If this is necessary, I would prefer to be called by phone or zoom, I have a one year old and another on the way, so travel and having to miss work would be a very tough thing on me financially.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: October 4, 2025, at Boyne City, MI.

Rodney Allen Bruning

Affiant


Dated: October 4, 2025