1  Kenneth M. Trujillo-Jamison (Bar No. 280212)
   ktrujillo-jamison@willenken.com
2  WILLENKEN LLP
   707 Wilshire Blvd., Suite 4100
3  Los Angeles, California 90017
   Telephone: (213) 955-9240
4  Facsimile:  (213) 955-9250
5
6  Attorneys for Defendant X Corp.

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  ANTHONY TRUPIA,                    | Case No.: 5:25-cv-03685-NW

12           Plaintiff,                | Hon. Noël Wise

13  v.                                 | **DECLARATION OF KENNETH M.**
                                        | **TRUJILLO-JAMISON IN SUPPORT OF**
14  X CORP., *et al.*,                 | **THE STIPULATED REQUEST FOR AN**
                                        | **ORDER CHANGING TIME FOR THE**
15           Defendants.               | **PARTIES' BRIEFING ON**
                                        | **DEFENDANT'S MOTION TO DISMISS**
16                                      | **OR TRANSFER (ECF NO. 22)**
17

18

19

20

21

22

23

24

25

26

27

28

I, Kenneth M. Trujillo-Jamison, declare as follows:

1.      I am a partner at the law firm Willenken LLP. I represent Defendant X Corp. in connection with above-captioned case.

2.      I make this declaration in support of the Stipulated Request for an Order Changing Time for the Parties' Briefing on Defendant X Corp.'s Motion to Dismiss or Transfer (ECF No. 22), filed concurrently.

3.      On October 4, 2025, I received an email from Plaintiff in which, among other things, he requested a 30-day extension of his deadline to file an opposition to X Corp.'s Motion to Dismiss or Transfer from October 8, 2025 to November 7, 2025.

4.      On October 6, 2025, I responded to Plaintiff's October 4, 2025 email where, among other things, I informed him that X Corp. was willing to stipulate to his request for an extension of his deadline to file an opposition to X Corp.'s Motion to Dismiss or Transfer, so long as Plaintiff also agreed to an extension of X Corp.'s deadline to file a reply in support of its Motion to Dismiss or Transfer until December 8, 2025.

5.      Later that day, Plaintiff responded to my email where, among other things, he agreed to X Corp.'s requested extension of its reply deadline on its Motion to Dismiss or Transfer.

6.      Neither Plaintiff nor X Corp. has requested any time modifications in this action.

7.      The only prior time modification in this case was the Court's August 4, 2025 resetting of the case management conference in this case. *See* ECF No. 14.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 7, 2025                    */s/ Kenneth M. Trujillo-Jamison*
                                          Kenneth M. Trujillo-Jamison