Kenneth M. Trujillo-Jamison (Bar No. 280212)
ktrujillo-jamison@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Attorneys for Defendant X Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TRUPIA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>X CORP., *et al.*,<br><br>　　　　　Defendants. | Case No.: 5:25-cv-03685-NW<br><br>Hon. Noël Wise<br><br>**STIPULATED REQUEST FOR AN ORDER CHANGING TIME FOR THE PARTIES' BRIEFING ON DEFENDANT X CORP.'S MOTION TO DISMISS OR TRANSFER (ECF NO. 22)** |

1  Under Civil L.R. 6-2, Plaintiff Anthony Trupia and defendant X Corp. respectfully
2  submit this stipulated request for an order changing (a) the deadline for Plaintiff to file an
3  opposition to X Corp.'s Motion to Dismiss or Transfer (ECF No. 22) from October 8, 2025 to
4  November 7, 2025, and (b) the deadline for X Corp. to file a reply in further support of its
5  Motion to Dismiss or Transfer from October 15 to December 8, 2025. In support of this request,
6  Plaintiff and X Corp. stipulate as follows:
7  WHEREAS, on April 28, 2025, Plaintiff filed the initial complaint in this action (ECF
8  No. 1; "Complaint");
9  WHEREAS, on September 24, 2025, X Corp. filed its Motion to Dismiss or Transfer
10 (ECF No. 22);
11 WHEREAS, by operation of L.R. 7-3(a), the deadline for Plaintiff to file an opposition to
12 the Motion to Dismiss or Transfer is October 8, 2025;
13 WHEREAS, by operation of L.R. 7-3(c), the deadline for X Corp. to file a reply in
14 support of its Motion to Dismiss or Transfer is October 15, 2025;
15 WHEREAS, on October 4, 2025, Plaintiff requested X Corp.'s consent to an extension of
16 his deadline to file an opposition to X Corp.'s Motion to Dismiss or Transfer from October 8,
17 2025 to November 7, 2025 (*see* Declaration of Kenneth M. Trujillo-Jamison ("Trujillo-Jamison
18 Decl.") ¶ 3);
19 WHEREAS, on October 6, 2025, counsel for X Corp. informed Plaintiff that it would
20 stipulate to Plaintiff's request regarding his opposition deadline, on the condition that Plaintiff
21 also agreed to extend X Corp.'s deadline to file a reply to the Motion to Dismiss or Transfer
22 from October 15, 2025 to December 8, 2025 (*see* Trujillo-Jamison Decl. ¶ 4);
23 WHEREAS, also on October 6, 2025, Plaintiff agreed to stipulate to X Corp.'s request
24 regarding its reply deadline on the Motion to Dismiss or Transfer (*see* Trujillo-Jamison Decl.
25 ¶ 5);
26 WHEREAS, neither Plaintiff nor X Corp. has requested any time modifications in this
27 action (*see* Trujillo-Jamison Decl. ¶ 6);
28 WHEREAS, the only prior time modification in this case was the Court's August 4, 2025

resetting of the case management conference in this case (*see* ECF No. 14 & Trujillo-Jamison Decl. ¶ 7);

WHEREAS, the requested changes to the briefing schedule on X Corp.'s Motion to Dismiss or Transfer will not have any effect on the schedule for this case;

NOW, THEREFORE, the Plaintiff and X Corp. stipulate and respectfully request an order as follows:

(1) The deadline for Plaintiff to file an opposition to X Corp.'s Motion to Dismiss or Transfer is extended from October 8, 2025 to November 7, 2025.

(2) The deadline for X Corp. to file a reply in support of its Motion to Dismiss or Transfer is extended from October 15, 2025 to December 8, 2025.

Respectfully submitted,

Dated: October 7, 2025         WILLENKEN LLP

By: */s/ Kenneth M. Trujillo-Jamison*
Kenneth M. Trujillo-Jamison
Attorneys for Defendant X Corp.

Dated: October 7, 2025         By: */s/ Anthony Trupia*
Anthony Trupia
Plaintiff appearing *pro se*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

HONORABLE NOËL WISE
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Noël Wise

**SIGNATURE CERTIFICATION**

Under Civil L.R. 5.1(i)(3), I hereby certify that the content of this document is acceptable to Plaintiff, and that I have Plaintiff's authorization to affix his electronic signature to this document.

Dated: October 7, 2025

WILLENKEN LLP

By: _/s/ Kenneth M. Trujillo-Jamison_
Kenneth M. Trujillo-Jamison
Attorneys for Defendant X Corp.