Kenneth M. Trujillo-Jamison (Bar No. 280212)
ktrujillo-jamison@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Attorneys for Defendant X Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TRUPIA,<br><br>Plaintiff,<br><br>v.<br><br>X CORP., *et al.*,<br><br>Defendants. | Case No.: 5:25-cv-03685-NW<br><br>Hon. Noël Wise<br><br>**STIPULATED REQUEST FOR AN ORDER CHANGING TIME** |

Under Civil L.R. 7-12 and 6-1(b), Plaintiff Anthony Trupia and Defendant X Corp. (collectively, "Parties") stipulate and respectfully request an order changing X Corp.'s deadline to file a responsive pleading to Plaintiff's First Amended Complaint (ECF No. 34-1; the "FAC") from January 5, 2026 to January 21, 2026.

WHEREAS, on April 28, 2025, Plaintiff filed his Complaint (ECF No. 1);

WHEREAS, on September 24, 2025, Defendant X Corp. filed a Motion to Dismiss or Transfer (ECF No. 22), which was fully briefed on December 8, 2025;

WHEREAS, on December 9, 2025, Plaintiff filed a Motion for Leave to File Amended Complaint (ECF No. 34; "Motion for Leave to Amend");

WHEREAS, on December 22, 2025, the Court granted Plaintiff's Motion for Leave to Amend (ECF No. 35);[1]

WHEREAS, the Court's December 22, 2025 order set Defendant X Corp.'s deadline to file a responsive pleading to the FAC as January 5, 2026;

WHEREAS, before the Court's December 22, 2025 order, X Corp.'s counsel already scheduled a previously planned family vacation to occur between December 26, 2025 and January 5, 2026 (*see* Declaration of Kenneth M. Trujillo-Jamison ¶ 3);

WHEREAS, in the period when X Corp. would need to prepare its responsive pleading, the availability of employees relevant to X Corp.'s response will be impacted by the intervening holiday season (*see id.*);

WHEREAS, Plaintiff and counsel for Defendant X Corp. have met and conferred, and agree that X Corp.'s deadline to file a responsive pleading to the FAC should be reset from January 5, 2026 to January 21, 2026 (*see id.* ¶ 4);

WHEREAS, the only previous time modifications in this case were (a) the Court's *sua sponte* resetting of the case management conference in this case (*see* ECF Nos. 14, 31); and

---

[1] Defendant X Corp. submits that the Court granted Plaintiff's Motion for Leave to Amend before its time in which to file an opposition had elapsed under Local Rule 7-3(a). Under that Rule, Defendant's deadline to respond to the Motion for Leave to Amend was December 23, 2025.

(b) the Court's order extending the deadlines for Plaintiff's opposition to X Corp.'s Motion to Dismiss or Transfer and X Corp.'s deadline to file a reply in support of that motion (ECF No. 29);

WHEREAS, the extension requested in this motion will not have any effect on the schedule for this case;

THEREFORE, IN LIGHT OF THE FOREGOING, THE PARTIES HEREBY STIPULATE AND REQUEST THAT:

The deadline for Defendant X Corp. to file a responsive pleading to the FAC shall be changed from January 5, 2026 to January 21, 2026.

Respectfully submitted,

Dated: December 23, 2025

WILLENKEN LLP

By: */s/ Kenneth M. Trujillo-Jamison*
Kenneth M. Trujillo-Jamison
Attorneys for Defendant X Corp.

Dated: December 23, 2025

By: */s/ Anthony Trupia*
Anthony Trupia
Plaintiff appearing *pro se*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Noël Wise

[illegible] DISTRICT JUDGE

## SIGNATURE CERTIFICATION

Under Civil L.R. 5.1(i)(3), I hereby certify that the content of this document is acceptable to Plaintiff, and that I have Plaintiff's authorization to affix his electronic signature to this document.

Dated: December 23, 2025

WILLENKEN LLP

By: *_/s/ Kenneth M. Trujillo-Jamison_*
Kenneth M. Trujillo-Jamison
Attorneys for Defendant X Corp.