# EXHIBIT C

Case 5:25-cv-03685-NW    Document 40-3    Filed 01/21/26    Page 1 of 2

