UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TRUPIA,<br><br>  Plaintiff,<br><br>v.<br><br>X CORP., *et al.*,<br><br>  Defendants. | Case No.: 5:25-cv-03685-NW<br><br>Hon. Noël Wise<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT X CORP.'S MOTION TO TRANSFER** |

Having considered the parties' briefing on Defendant's Motion to Transfer the Case to the Northern District of Texas ("Motion"), and having [heard oral argument] [decided the matter on the papers], it is hereby ORDERED that:

1. Defendant's Motion is GRANTED; and

2. This action is TRANSFERRED to the United States District Court for the Northern District of Texas.

IT IS SO ORDERED.


Dated: _____

                                                          The Hon. Noël Wise
                                                          United States District Judge