1  Kenneth M. Trujillo-Jamison (Bar No. 280212)
   ktrujillo-jamison@willenken.com
2  Sharon Song (Bar No. 313535)
   ssong@willenken.com
3  WILLENKEN LLP
4  707 Wilshire Blvd., Suite 4100
   Los Angeles, California 90017
5  Telephone:  (213) 955-9240
   Facsimile:   (213) 955-9250
6
7  Attorneys for Defendant X Corp.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   ANTHONY TRUPIA,                        Case No.: 5:25-cv-03685-NW
12
                  Plaintiff,              Hon. Noël Wise
13
   v.                                     **DECLARATION OF SETH FUCHS IN
14                                        SUPPORT OF DEFENDANT X CORP.'S
   X CORP., *et al.*,                     (1) MOTION TO TRANSFER THE CASE
15                                        TO THE NORTHERN DISTRICT OF
                  Defendants.             TEXAS AND (2) MOTION TO DISMISS
16                                        THE FIRST AMENDED COMPLAINT**
17

18

19

20

21

22

23

24

25

26

27

28

I, Seth Fuchs, declare as follows:

1. I am a Senior Product Manager at X Corp. I submit this declaration in support of X Corp.'s (1) Motion to Transfer the Case to the Northern District of Texas ("Motion to Transfer") and (2) Motion to Dismiss the First Amended Complaint ("Motion to Dismiss" and together, the "Motions"), filed concurrently.

2. The statements in this declaration are based on my personal knowledge and the business records of X Corp. The business records were made by, or from information transmitted by, a person with knowledge of the events. Such records are kept in the ordinary course of the regularly conducted activity of X Corp., and making such records is a regular practice of those activities.

3. I am familiar with the process by which an X user subscribes to X Premium, which is a paid subscription-based service that unlocks certain optional features on X, X Corp.'s social media platform.

4. I have reviewed the Plaintiff's First Amended Complaint, and based on my review understand that Plaintiff alleges he subscribed to X Premium in July 2024.

5. My review of X Corp.'s business records indicates that he subscribed to X Premium using Stripe, which is a financial services company that processes payments for subscribers of X Premium who subscribed to that service through X.com. Because of that, as well as my understanding of the process for X users to subscribe to X Premium in July 2024, I understand that Plaintiff subscribed to X Premium through the X.com website.

6. In July 2024, a logged-in X user on X.com could start the process of subscribing to X Premium by first clicking a button labeled "Subscribe" on the X.com webpage.

7. Clicking on the "Subscribe" button would take the user to another webpage providing three options to subscribe to X Premium: Basic, Premium, and Premium+. A clickable button titled "Subscribe & Pay" appeared at the lower portion of the webpage. As shown below, the following sentence was viewable to the user immediately beneath that button: "By subscribing, you agree to our Purchaser Terms of Service."

> **Subscribe & Pay**
>
> By subscribing, you agree to our Purchaser Terms of Service. Subscriptions auto-renew until canceled, as described in the Terms. Cancel anytime. Cancel at least 24 hours prior to renewal to avoid additional charges. A verified phone number is required to subscribe. If you've subscribed on another platform, manage your subscription through that platform.

8. The words "Purchaser Terms of Service," and "Cancel anytime" were in a blue font, in contrast to the light text around it. Those words also contained a hyperlink to a webpage where, if clicked, the X Purchaser Terms of Service could be reviewed.

9. Clicking on the "Subscribe & Pay" button took the user to a separate third-party webpage where the user, to subscribe to X Premium, could input contact information and a payment method. Upon inputting that information and clicking on the "Subscribe" button at the bottom of that webpage, the user would subscribe to his or her chosen X Premium option.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 21, 2026

Signed by:
*Seth Fuchs*
7D2D07381234422...
Seth Fuchs