UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Anthony Trupia, Plaintiff,                                    Case No.: 5:25-cv-03685-NC

v.

X Corp., Elon Musk, and Linda Yaccarino, Defendants.

**OBJECTION TO THE RECORD**

I am going to write this objection in normal, first-person English because I believe, at this point, there is no language or method to communicate with the federal district courts in good faith; no amount of studying the nuances of the law, respecting their customs, or merit of any kind is involved in the decision making in the federal courts in my experience. I believe the primary function of the federal courts is to protect the interests of the billionaire Epstein class. The public record is probably the last aspect of the federal court system which may have any use to normal American citizens, so I leave this objection here for future parties interested in understanding why social media is another American institutional mess that has not been sorted out in American courts. In short, it's not for lack of trying by the American public, it's about collusion of the courts with the Epstein billionaire class, whom they work directly for.

  I.  **The February Case Orders and Lack of Opposition**

On February 11th, 2026, this court entered two orders on the docket, entry 44, "Order by District Judge Noel Wise denying as moot 19 Motion for Service by Publication," and entry 45, "ORDER GRANTING 41 DEFENDANT'S UNOPPOSED MOTION TO TRANSFER CASE, signed by Judge Noel Wise on 2/11/2026." These motions transfer this case to Texas, where it will be dismissed, and determine the motion I submitted for alternative service, on September 19th, 2025, 5 months ago, as "moot."

Order 41, granting defendant's motion to transfer, states that the motion is "unopposed." This is factually incorrect and must be corrected for the record. I have rigorously opposed

any motions filed by defendant X Corp. until now, but the actions of the Federal District Courts, this court specifically, and the recent release of many redacted Epstein files has finally *chilled* me and my interest in pursuing this civil suit. At this point, I would just like a refund for my filing fee, and to move on with my life.

### A. Plaintiff's Motions, Unaddressed

I submitted two motions to this court over the last 5 months which have gone completely unaddressed. I submitted a 'Motion for Service by Publication' on September 19th, 2025, and I submitted a 'Motion for Sanctions' on October 7th, 2025. It has been 5 and 4 months respectively since these motions were filed, and this court has not addressed them in any way.

I followed up with the clerk on these motions multiple times and was assured they would be addressed, but they never were. For example, I emailed the court clerk regarding these motions and scheduling on October 28th, 2025.



Ms. Warren never replied to this email in any way, despite the fact that she was clearly replying to Defendant counsels' emails:



CRD NW <nwcrd@cand.uscourts.gov>
to me, ktrujillo-jamison@willenken.com

Thu, Sep 25, 2025, 10:58 AM

Reply

Good morning,

This email confirms January 7, 2026 at 9:00a.m. for defendant's motion to dismiss or transfer. Please file the motion within 3 days to maintain the reservation.

Thank you



Allie Warren
Courtroom Deputy to the Honorable Noël Wise
United States District Court for the Northern District of California
San Jose Division
280 South First Street, Rm 2112
San Jose, CA 95113
Direct Dial: (408) 535-5332

I got Ms. Warren on the phone on November 4th, 2025, at 10:12am. I discussed both these motions with her. She confirmed that the Request for Alternative service was indeed a simple motion that should not require a hearing, and that it would be responded to shortly, without needing any further input from me. It was never addressed despite this assurance. I specifically asked Ms. Warren if "this was the type of thing I needed to memorialize in email…" and she specifically told me that it was "not necessary." Ms. Warren also confirmed she would email me dates for scheduling my Motion for Sanctions. I emailed to follow up on scheduling these motions again on December 11th, 2025, having received no response to previous communications:



As this court and the public can see from my emails, I have never received an email response from Ms. Warren on these matters:



Despite diligent attempts at researching, filing, and attempting to schedule motions for hearing, my motions are *selectively* heard by this court, like they regularly are in federal courts. These motions are *vital* to my case, and to my overall legal strategy. **To be clear, even as a 'mere, lowly' pro se litigant, I am entitled to consider legal strategy in my**

**filings and arguments**. It is not common, because the interests of unrepresented parties are often 'one-shot' as Galanter would say ("*Why the Haves Come Out Ahead*," Marc Gallanter), but it is entirely legal to employ strategy in filing suits and motions, as long as all filings are made in good faith. It is clear to me when I attempt to employ strategy in the same way the billionaire Epstein class does that my motions in the federal courts go unaddressed, or struck, or misinterpreted, one way or the other, before pleading ends.

### B. Motion for Service by Publication

I submitted a Motion for Service by Publication on September 19th, 2025 that has been left unaddressed by this court. This motion is vital to my case, and to my overall legal strategy. The issue I raise in this motion is, at minimum, one that should be addressed by the courts, whether or not it was to approve or deny this motion. The issue and question is: "**How do you serve a billionaire?**"

Elon Musk is the richest man in the entire world, depending on the day. He has access to limitless resources, including:

- Multiple homes.
- Multiple citizenships (South Africa, Canada, United States)
- A security team to match his billionaire status

It is, **obviously**, logistically impossible to get near a private individual like this to serve them. For all the obvious security and wealth related reasons, Elon Musk is essentially unreachable to a normal person. There is no reliable way to serve him a summons to require him to appear in court.

Further, even if the court did want to make an attempt at justifying the awesome cost of such an endeavor, it is dangerous for any server attempting to do so. Any one of them could be mistaken for a bad actor, or simply by virtue of not being white listed, could be considered a security threat and injured or worse in attempting to serve Elon Musk a summons. The courts should consider these factors in addressing a Motion for Service by Publication.

There are **obvious** financial, logistic, and security hurdles in serving Elon Musk that cannot be overcome by a normal person. For these reasons, in good faith, I submitted a request for alternative service. This motion was left unaddressed for 5 months.

I would be the first to admit there is a reasonable argument to be made by the courts and defenders of commerce that CEOs and C-suite individuals should not be easily called as defendants in cases against corporate/commercial entities (the general public does not agree with this assessment, for the record. The general public wants individuals held responsible for bad actions). There should be some definite, concrete, *non-conclusory* fact or allegation made that specifically involves these defendants personally to include them in a lawsuit, and to compel them to appear before the court when alternative service is requested. That's completely fair.

My problem here with this case, and the courts ignoring my filings, is that this is unmistakenly one of the times where an individual's statements or actions are directly relevant to the matter at hand. The statements made by Elon Musk (and Linda Yaccarino), were made both as private citizens (before Musk bought twitter), and after, while they were running the company. These statements are a matter of public record. These statements ***were*** relied on by millions of people, who considered them "**promises**." The word "promise" appears next to "Free Speech" and "Elon Musk" millions of times in web search results.

John Roberts once famously said (he was referring to the SC here, so I'm using this loosely) that the judiciary's job was to "call balls and strikes." This situation is a perfect example of when the court should be calling a ball or a strike. The court should have, at the least, made a determination by now on whether or not there is good reason to issue alternative service and force Elon Musk and Linda Yaccarino to appear before the court. Above the minimum, this court should have determined that the public statements made by Elon Musk and Linda Yaccarino, in their capacities as C-suite operatives in the company, are enough to justify Service by Publication and compel them to appear before the court.

*To be clear,* because the courts and their defenders want to pigeon hole unrepresented litigants into ridiculous boxes that are not appropriate (like this ridiculous "Sovereign Citizens" rhetoric, which I actually see regularly from attorneys on social media), <u>I have no expectation that Elon Musk or Linda Yaccarino would actually have to personally appear before the court if they were finally served.</u> I know they would be represented by attorneys, and possibly even be represented by the same attorneys defending X. I'm not trying to force them into some kind of ridiculous Matlock style 'gotcha' deposition or testimony. What I would like, and *all rational Americans would like,* at this point, <u>is simply to know if we can rely on the statements of the billionaire Epstein class, legally</u>.

There is a difference between X Corp. appearing before the court, and relying on a "puffery/braggadocio" defense strategy, and an official legal representative for Elon Musk, himself, appearing before the court and employing the same defense strategy. With only X Corp. replying to these motions, Mr. Musk can easily claim in the future, "That was a corporate lawyer thing, had nothing to do with me, my statements are promises,' and get away with lying, *again,* to the American public on vital matters of public interest. With an attorney actually appearing for Elon Musk and employing the same strategy, then we at least, as the American public, would know that Elon Musk himself has signed off on the idea that he is a 'braggart' who employs "puffery" and "braggadocio," and not to take his "puffery" so seriously anymore.

The court had a responsibility to call this ball or strike on this motion I submitted (and honestly a responsibility to call this motion in my favor) and as usual in the federal courts, when I follow the rules and get all the nuance right, the court is suddenly deaf and blind to the motions I submit. This has happened so many times now, and always in the service of rich corporate parties, I can come to no conclusion but the fact that the court has abdicated this responsibility in service of the billionaire Epstein class. The silence on this motion and the resulting transfer of this case to Texas, where it will be dismissed, speak for themselves.

    C.  **The Motion for Sanctions**

I submitted a Motion for Sanctions on October 4th, 2025, regarding the choices made and actions taken by the defense team for X Corp. This motion summarized action by the defendant counsel to "unreasonably prolong(ing) litigation through bad-faith arguments." This is another motion that is vital to my legal strategy that has been completely unaddressed by this court.

I filed a suit against, for lack of a better term, the entire judiciary, on June 9th, 2025, over matters I think are vital to the legal administration of this country (see Trupia v. Roberts et al, 5:25-cv-00621-HE). This is not a lawsuit based on feelings or 'vibes' of unfairness. It is well researched, and makes a good faith argument that the legal class has and is conspiring to restrict meaningful access to the courts for normal people, widely and pervasively. This suit is specifically supported by many statements made by the greatest legal scholars of all time, like Blackstone, it makes a real, solid case that the legal class has essentially taken all our civil rights away, through rulings like Twiqbal. It is well researched, up to the ridiculously high standards of the court, but most importantly, **it is filed in good faith.** My objections to these procedures generally are honest and rational, my objections to the attorney conduct in this case support my allegations in Trupia v. Roberts et al, they are a matter of public interest, and these concerns should at least be addressed by the judiciary every time they are raised.

My Motion for Sanctions calls attention to a number of machinations and technical maneuverings which the courts have increasingly come to accept over time, that are harmful to American jurisprudence. It is the attorneys, and the judges and decision makers in this system, that should be held to the highest standards, but the courts regularly hold the attorneys that fill them to lower standards then any employees at basic, unskilled labor jobs are held to. The courts have such a low standard for calling out attorney malfeasance I find it continually shocking, as someone who worked low wage jobs all his life.

Because I find this standard, or lack of standards shocking, I have been making a **good faith attempt** to call attention to it, inside the framework of the rules. I know that this court would likely have decided every action taken by the defense counsel was justifiable, but

then at least, I would have this clear statement from the courts on the public record, to point to in future discussions with other men and women of reason across America. I did not expect sanctions to actually be granted, because I always expect the legal class to stay unified, but I at least, and Americans at least, deserve to have these issues addressed clearly when they are so prevalent. We complain, and the courts address those complaints. That's what we are all here for.

This motion should have been decided, or at least scheduled for a hearing, months ago. I did not expect success on this motion, but I at least expected it to be addressed, whether or not the procedure taken to file it was perfect. This court erred in ignoring this motion.

### D. The Chilling Effect

The writing about the "Chilling Effect," from the legal class, is largely academic. As a non-academic, and normal, unrepresented citizen trying valiantly and hopelessly to use his own court system, I want to describe what the "Chilling Effect" is like for a normal person with feelings and a life.

Trying to file and start a case, with the high bars set by the courts through unconstitutional rulings like Twiqbal, is first **confusing and overwhelming**. There is a huge body of rules, laws, and procedures to figure out just to file a case, let alone start pleading, and most litigants have no idea where to start. The self-help materials provided by the courts and institutions are literally pathetic, and mostly non-effective compared to the awesome and effective tools of the legal class, who do not let normal citizens use these tools, even when we can afford to pay for them.

You could be, for example here, a man who grew up in America with access to good schooling, with an IQ well over 140 (genius starts at 140), who passed every test he ever took in the 99th percentile, with top scores, essentially a super nerd, and still 'fail' the test of pleading in state courts, let alone federal courts. You can spend months studying laws you should already understand because you grew up with them all around you, and still end up feeling **stupid and insignificant** trying to work your way through the machinations of this

system. As a super nerd, it's hard not to imagine this is what Southern Voting Literacy tests to vote must have felt like...

The second stage, when the machinations of the court end up in dismissal of meritorious claims, is **fury, or rage.** Human beings are biological creatures, one of the things we are programmed not to do is challenge authority. Filing a civil suit, even as a plaintiff, has the same feeling as challenging authority. It is very *serious.* People do not file lawsuits, pro se, over matters they are not passionate about. The court's supposed concerns about the costs of making filing and starting a case simple are contrived. They are not valid. Every time someone is passionate enough about an issue to file a civil complaint in court, that complaint should be heard. When meritorious claims are instead not heard, the feelings of betrayal or loss often convert into fury. Justice denied is the catalyst for fury with the system.

The next stage can best be described as **disillusionment**. It is depressing and illusion breaking to grow up in America, to learn about all these civil rights we supposedly have, and come away with the feeling that they are all faux, fake, false, because only the upper class can afford to actually wield them in court, where they are validated. This is where most people give up. While the courts like to rest on the belief that they have given up their grievances, this is totally false. The only thing people have given up at this stage is our belief in American institutions and government. We give up our belief in a functioning, mediocratic country. We give up on these illusions.

While most people give up in this last stage, a small fraction of us realize the terrible problem apparent in a system that is both vital to the country's well being, and impossible to use, and double down trying to figure out the nuances of this system. Unfortunately, I think those of us who do this end up the worst shape, all of us are eventually completely chilled on our beliefs in institutional fairness or American government, because we realize after extensive research that the whole thing really is just a rigged game to see to the interests of the billionaire Epstein class. While many litigants *feel* like the system is unfair, <u>we actually know</u>. A dedicated person can experience this system fully even one

time, and clearly see the logistical problems with the approach mandated by 'Plausibility Pleading' and all these other contrived procedures to make jury trials unreachable. John Beaudoin, Sr, for example, an engineer, filed a notable civil suit over vaccine harms, harms millions of Americans are concerned about, had his meritorious claims dismissed, **and came to the same conclusion I did: pleading is broken in the American court system.**



Whether or not vaccines harmed anyone, whether or not they are dangerous, there are millions of us that have come to the conclusion, because these claims cannot be heard in court, that vaccines and their manufacturers are dangerous. The matter of vaccine safety, just like the matter of social media censorship, are matters that of maximum and vital interest and importance to the American people. There should be **no excuse** for the courts to dismiss claims like this (or transfer them to another district to be dismissed), under any circumstances or 'technical' justifications. We are demanding, and should be getting, civil jury trials for these matters.

I am now in the final stage, after disillusionment and doubling down, where I am finally ready to give up. I spent years studying all the matters and procedures the legal class told

me were important, I studied and performed diligently in school and work growing up in this country and always did well on tests and employee performance reviews, and I am still not 'good enough' to use my own court system. Even when I do everything right, the court will not address the simplest of motions from me, like a Motion for Alternative Service. I spent the last two weeks, when I could have filed another opposition, reading through posts on X.com about the Epstein file release. Reading these posts was the final nail in the coffin for me and my faith in American institutions and the American court system. My X feed, **despite having carefully chosen a select group of people to follow**, is constantly filled with negative content (from people I don't 'follow') calling for revolution against the upper class, and hopelessness about how impossible a concept that is. This hopelessness of the masses has finally compounded with my education on the legal system and produced the 'Chilling Effect' the courts desire. It seems like I'm not alone in feeling the 'Chilling Effect' either. Either the American public is entirely fed up with this, because it's all I see in my feed, or Elon Musk and X Corp, defendants in this very suit, are filling my feed with negative, harmful content on purpose. To be clear, Elon Musk himself is one of the parties calling for revolution, so I hope the courts will not punish me for describing all these 'rebellious' thoughts in good faith in my attempt to address the Chilling Effect:



### E. I Desire Relief

I filed this lawsuit because I desire relief from, and demand a jury trial over, the gross, dystopic censorship practices of X Corp. specifically, and the social media websites in general. It does not make a difference to me as a normal person who is restricting my Freedom of Speech, or what silly pretenses they use to support this lie, like "*Freedom of Speech, not Freedom of Reach.*" It does not matter to me whether the Epstein Billionaire class achieves this goal through government directly, or indirectly by buying up all our institutions (anti-trust, where this all started, with Twombly). It matters to me that I can achieve Free Speech. This court will not allow me my civil right to demand a jury trial and will not allow me to express my civil right to Freedom of Speech, and so I now accept that the Epstein Billionaire class is untouchable, that, like the villain from Lethal Weapon, they essentially have "diplomatic immunity." I accept they cannot be sued. I accept they cannot be arrested. I accept there is no accountability for them.

**For the reasons listed in this objection, I request a refund for my filing fee**. Like a good capitalist, I do not want to pay for goods and services I did not receive. I paid the filing fee for this case in good faith, and vital motions were not heard or addressed. I did not get what I paid for, both specifically by paying for this suit, and generally by diligently paying my taxes for over 20 years. I have no faith left in any branch of American government. I would like a refund.

To be clear, what I would really like is to be Master of the Complaint, as I should be as the plaintiff in this suit, to have all my motions heard, in the district I filed them in, to have sanctions issued against the rich corporate attorneys with a warning to stop filing frivolous motions to dismiss, and to have my case heard before a civil jury trial, but these desires are unrealistic. I am including proposed court orders for all these things with this filing in the offhand chance that missing my filings for five months, but addressing them within hours of my opposition deadline expiring, is some kind of bizarre mistake that the court would like to correct. I include all these proposed orders, but I have 0% confidence the court will sign off on any of them, let alone all of them, which should happen at this point.

The court *should* sign off on every one of my proposed orders. It is not my reputation that is of concern, it is the reputation of the court, as a vital American institution that is at challenge here, and now daily on social media, millions of times a day. The standard that should decided the approval of every proposed motion I submit with this objection is whether or not there is 'an appearance of impropriety.' Public views about the legitimacy of our courts should far outweigh any concerns this court has about whether or not my objection here conforms to the high standards of the court. It should not matter if I have little to no faith in government, or what color my skin is, or how big my bank account is, the court's top priority in determining motions, especially ones that directly concern the Billionaire Epstein class, should be whether or not the actions have the appearance of impropriety.

Finally, other than to submit an objection to what has transpired here, I have no intention of litigating this case in Texas. They likely won't even let me e-file, dramatically raising my

costs. If this court is transferring my case to Texas after ignoring all my vital motions, I'm not playing the game. I just want to state here clearly and unequivocally:

"*This case did not end for lack of prosecution, this case is being punted to TX for dismissal. This case is being dismissed over Epstein Billionaire Class Sabotage. This case was not unopposed, it's just impossible to get a fair trial in United States courts with the Epstein Billionaire class.*"

Dated: February 23rd, 2026

/s/ Anthony Trupia

Anthony Trupia, Pro Se

605 SE 21st St.

Oklahoma City, OK 73129

516-984-0142

Trupiaar@gmail.com

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

**ANTHONY TRUPIA, Plaintiff, v. X CORP., et al., Defendants.**

**Case No.: 5:25-cv-03685-NW**

**[PROPOSED] ORDER VACATING ORDER TO TRANSFER CASE**

The Court, having reviewed Plaintiff's Objection to the Record and request to vacate the Order Granting Defendant's Motion to Transfer Case (ECF No. 45), and finding good cause to reconsider the unopposed status of said motion in the interest of justice and judicial economy:

IT IS HEREBY ORDERED that the Order to Transfer Case to the Northern District of Texas is VACATED. This Court shall retain jurisdiction over the matter. The Clerk of Court is directed to take all necessary steps to retrieve the case file if transfer has already been initiated.

**IT IS SO ORDERED.**

Dated: _____

United States District Judge

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

**ANTHONY TRUPIA, Plaintiff, v. X CORP., et al., Defendants.**

**Case No.: 5:25-cv-03685-NW**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

The Court, having reviewed Plaintiff's Motion for Service by Publication (ECF No. 19), and finding that traditional methods of service have been exhausted or are impractical given the Defendants' reach and the nature of the platform involved:

IT IS HEREBY ORDERED that Plaintiff's Motion for Alternative Service is GRANTED. Plaintiff is authorized to effectuate service of the Summons and Complaint upon Defendants X Corp., Elon Musk, and Linda Yaccarino by posting a public notice of this action via the X social media network. Plaintiff shall file an Affidavit of Service including a timestamped link or screenshot of said post within fourteen (14) days of this Order.

**IT IS SO ORDERED.**

Dated: _____

United States District Judge

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

**ANTHONY TRUPIA, Plaintiff, v. X CORP., et al., Defendants.**

**Case No.: 5:25-cv-03685-NW**

**[PROPOSED] ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS**

To ensure the integrity of the proceedings and address allegations of retaliatory conduct involving the locking of accounts of users communicating with the Plaintiff:

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion for Sanctions (ECF No. 25) is hereby set for _____, 2026, at _____ A.M./P.M. in Courtroom 3. All other proceedings, including responsive pleading deadlines, are STAYED pending the resolution of the Motion for Sanctions.

**IT IS SO ORDERED.**

Dated: _____

United States District Judge

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

**ANTHONY TRUPIA, Plaintiff, v. X CORP., et al., Defendants.**

**Case No.: 5:25-cv-03685-NW**

**[PROPOSED] ORDER FOR REFUND OF FILING FEES**

In light of Plaintiff's Objection to the Record and the asserted inability to prosecute this case under the current procedural constraints and venue transfer:

IT IS HEREBY ORDERED that, in the event the Court does not grant the requested relief to vacate the transfer or allow alternative service, the Clerk of Court is directed to refund the Plaintiff's filing fees in the amount of $405.00. This matter shall then be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: _____

---

United States District Judge